UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22189-CIV-SEITZ/O'SULLIVAN

CULTIVOS YADRAN S.A.

          Plaintiff,

v.

AMADO RODRIGUEZ, *et al.*,

          Defendant.

_____/

## ORDER (1) GRANTING MOTION FOR DANIEL F. RINZEL TO APPEAR *PRO HAC VICE*; AND (2) DIRECTING ADDITION TO DOCKET TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER is before the Court on the (1) Motion for Admission *Pro Hac Vice* of Daniel F. Rinzel; (2) Consent to Designation of Joel Hirschhorn, Esq.; and (3) Request to Electronically Receive Notice of Electronic Filing [DE-6]. Upon due consideration, it is hereby ORDERED that:

(1) The Motion for Admission *Pro Hac Vice* of Daniel F. Rinzel [DE-6] is GRANTED. Mr. Rinzel of Redmon, Peyton & Braswell, 510 King Street, Suite 301, Alexandria, VA 22314, shall be permitted to appear *pro hac vice* on behalf of Defendants Amando Rodriguez, True nature Seafood, LLC, and Alejandro Almeida solely for purposes of this case;

(2) During the course of this case, Mr. Rinzel shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of Ms. Rinzel's *pro hac vice* admission;

(3) Joel Hirschhorn, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Defendants

Amando Rodriguez, True Nature Seafood, LLC, and Alejandro Almeida, with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Daniel F. Rinzel to electronically receive notices of electronic filings ("NEF") at: dfrinzel@rpb-law.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE and ORDERED in Miami, Florida, this 15th day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Catherine Wade-Babyak